# IN THE TEXAS COURT OF CRIMINAL APPEALS

## PD-0453-15

GARY MOORE
  PETITIONAL-APPELLANT

V.

THE STATE OF TEXAS
  RESPONDENT-APPELLEE

CAUSE NO
06-14-00056 CR
FORMERLY 05-14-00342-CR

FILED IN
COURT OF CRIMINAL AP~~
APR 22 2015
Abel Acosta, Cler~

## MOTION FOR APPOINTMENT OF COUNSEL FOR PROCEEDING UPON PETITION FOR DISCRETIONARY REVIEW

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF SAID COURT:

I, GARY MOORE, PETITIONAL-APPELLANT, IN THE AFORESAID DENOMINATED ACTION, DO HEREBY REQUEST APPOINTMENT OF COUNSEL FOR THE PURPOSES OF SUCCESSFULLY PURSUING MY PENDING PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT THEREOF, I SHOW THE FOLLOWING TO-WIT:

1. I HAVE A RIGHT TO FILE A PETITION FOR DISCRETIONARY REVIEW, AND I WISH TO PURSUE SUCH A REMEDY.

2. DESPITE MY APPELLATE ATTORNEY HAVING GIVEN ME SEVERAL PAPERS I DO NOT UNDERSTAND WHAT I AM SUPPOSE TO DO IN PREPARING AND FILING MY SAID PETITION FOR DISCRETIONARY REVIEW.

3. THE ACCESS TO COURTS PROGRAM (HUNTSVILLE) OF THE TEXAS DEPT. OF CRIMINAL JUSTICE HAS STRIPPED THE UNIT LAW LIBRARY OF THE VERY LEGAL BOOKS WHICH I WAS TOLD I HAVE TO HAVE IN ORDER TO PREPARE AND FILE MY SAID PETITION.

4. THAT IS I AM UNABLE TO PERSONALLY PREPARE AND FILE MY SAID PETITION.

5. CONSEQUENTLY, I NEED AN ATTORNEY TO PREPARE AND FILE MY SAID PETITION IN THIS COURT: CONSIDERING THAT MY APPELLATE ATTORNEY (APPOINTED) IS THE MOST FAMILIAR WITH MY APPEAL / PETITION ISSUES, I REQUEST THAT THIS COURT CONSIDER HIM FOR APPOINTMENT TO SO ACT UPON SAID PETITION.

6. My Primary Ground of Error is Insufficient Evidence Actual Innocence.

Wherefore, All Premises Considered, I Pray that this Honorable Court will Grant Me the Appointment of an Attorney for the Purpose of Pursuing My said Petition for Discretionary Review (upon the basis of Actual Innocence, the Evidence Against Me not being Sufficient for a True Conviction).

I Confirm Under Penalty of Perjury that My Foregoing Averments and True and Correct, and Freely and Voluntarily Made. 28 U.S.C. §1746.

Executed on this the 14th day of April, 2015

Respectfully Submitted

Gary Moore #1363198
Allred Unit
2101 F.M. 369 N.
Iowa Park, TX. 76367

## Certificate of Service

On April 14, 2015 A Copy of this Motion was Mailed To:
John Rolater, Chief of the Appellate Division of the Collin Co. District Attorney's Office at 2100 Bloomdale Rd. Suite 200 Mckinney Tx. 75071, Lisa C, McMinn State Prosecuting Attorney Capitol Station, P.O. Box 12405 Austin, TX. 78711
Clerk, Sixth Court of Appeals, 100 North State Line Ave #20 Texarkana, Texas 75501

All were Mailed by U.S. Mail, First Class Delivery with Postage Prepaid.